■  ELLSWORTH C. SIMPSON, Appellant, v POLYLOK CORPORATION, Respondent, et al., Defendants.—Order, Supreme Court, New York County, entered on August 10, 1976, unanimously affirmed for the reasons stated by Tierney, J., at Special Term and that respondent recover of the appellant $40 costs and disbursements of this appeal. Concur—Markewich, J. P., Murphy, Lupiano, Capozzoli and Nunez, JJ.

■  In the Matter of the Arbitration between PARAMUSE ARTISTS ASSOCIATES, INC., Appellant, and BERNARD SELIGMAN, Respondent.—Judgment, Supreme Court, New York County, entered on July 20, 1975, unanimously affirmed for the reasons stated by Saypol, J., at Special Term and that respondent recover of the appellant $40 costs and disbursements of this appeal. Concur—Markewich, J. P., Murphy, Lupiano, Capozzoli and Nunez, JJ.

■  THERMASOL, LTD., Appellant, v GREENWAY MANAGEMENT CORPORATION, Respondent.—Judgment, Supreme Court, New York County, entered December 1, 1975, unanimously affirmed on the opinion of Helman, J., at Special Term and that respondent recover of the appellant $60 costs and disbursements of this appeal. Concur—Markewich, J. P., Murphy, Lupiano, Capozzoli and Nunez, JJ.

■  LUCITA LEWIS, Respondent, v WILLIAM LEWIS, Appellant.—Order, Family Court of the State of New York, New York County, entered on or about March 31, 1976, unanimously affirmed for the reasons stated by Dembitz, J., at a Term of the Family Court, without costs and without disbursements. Concur—Kupferman, J. P., Murphy, Lupiano, Silverman and Nunez, JJ.

■  In the Matter of GARY ROSS et al., Appellants, v OFFICE OF RENT CONTROL, HOUSING AND DEVELOPMENT ADMINISTRATION OF THE CITY OF NEW YORK, Respondent.—Judgment, Supreme Court, New York County, entered on October 6, 1975, unanimously affirmed on the opinion of Hughes, J., at Special Term, without costs and without disbursements. Concur—Stevens, P. J., Markewich, Kupferman, Birns and Capozzoli, JJ.

■  THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v ALVIN GELLER, Respondent.—Order, Supreme Court, New York County, entered on or about April 19, 1976, unanimously affirmed, without prejudice to any action the Grievance Committee of the Bar Association may take. Concur—Kupferman, J. P., Lupiano, Birns, Silverman and Lane, JJ.

■  In the Matter of BERNARD SCHWARTZ, Appellant, v COMMUNITY SCHOOL BOARD No. 1 et al., Respondents.—Judgment, Supreme Court, New York County, entered on August 26, 1974, unanimously vacated, and, on stipulation of the parties, the matter is remanded to the board of education for a new section 105-a hearing, without costs and without disbursements. Concur—Kupferman, J. P., Lupiano, Silverman and Capozzoli, JJ.